

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 18 PM 12:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **C O M P L A I N T** |
| Plaintiff, ) | |
| ) | Case No. **'07 MJ 1105** |
| v. ) | |
| ) | Title 18 U.S.C., Sec. 922(g)(5) |
| SOPHIA DIAZ-GOMEZ, ) | Unlawful Alien in Possession |
| ) | of a Firearms (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

### COUNT 1

On April 25, 2005, within the Southern District of California, defendant SOPHIA DIAZ-GOMEZ, an illegal alien, did possess a firearms that traveled in and affected interstate commerce, to wit: a Rohm, model RC-10, .22 caliber revolver, bearing serial number 891218; in violation of 18 United States Code, Section 922(g)(5).

**AND the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.**

_____
Brooks D. Jacobsen, Special Agent
Bureau of Alcohol, Tobacco Firearms
and Explosives

SWORN AND SUBSCRIBED TO before me
this 18 th day of May, 2007.

_____
JAN M. ADLER,
United States Magistrate Judge

## STATEMENT OF FACTS

### RE: SOPHIA DIAZ-GOMEZ

In violation of the aforementioned statutes the following acts were committed in the Southern District of California:

On February 21, 2007, I was contacted by Immigration and Customs Enforcement (ICE), Senior-Special Agent (SS/A) Joseph Ficara, for assistance with an investigation and prosecution of Sofia DIAZ-Gomez, an illegal alien, who admitted to law enforcement personnel as to having been in possession of firearm on or about April 22, 2005.

On February 23, 2007, I met with ICE SS/A Ficara who provided SA Jacobsen with information about DIAZ-Gomez, who on February 9, 2007, during a post arrest interview, admitted to Border Patrol Agent Michael Riches that she had suffered a conviction for the possession of a loaded firearm.

Subsequent law enforcement data base queries and the procurement of court certified conviction documents verified a misdemeanor conviction on June 13, 2005, for possession of carrying a loaded firearm in a vehicle, in violation of California Penal Code 12031(a)(1). This violation occurred in Ramona, California, on April 4, 2005, San Diego County Sheriff's Department case number 05034304-R.

On March 1, 2007, I took possession of evidence from the San Diego Sheriff's Department Crime Laboratory, the following items: One (1) - Rohm, model RC-10, .22 caliber revolver, bearing serial number 891218; twenty eight (28) rounds of .22 caliber ammunition manufactured by Remington and two latent fingerprints that were obtained from the revolver and a drug smoking pipe. These items were found in the possession of DIAZ-Gomez on April 22, 2005. I know from my training and expertise and from conversations with other agents with whom I work that the firearm and ammunition have traveled in and affecting commerce.

On March 13, and 14, 2007, I reviewed a San Diego Sheriff's Department Arrest Report pertaining to the contact and arrest of DIAZ-Gomez by Deputy Sheriff Kurt Torsak. The report provides a detailed chronology of the discovery and seizure of the firearm possessed by DIAZ-Gomez the night of April 22, 2005.

During the review of the Sheriff's Department Arrest Report, I also contacted now Detective Torsak, who immediately recalled the traffic stop and arrest of DIAZ-Gomez. Detective Torsak stated that DIAZ-Gomez was "cited and released" on April 22,

2005, pending a future court date for possession of a loaded firearm and possession of drug paraphernalia.

_____
Brooks D. Jacobsen,
Special Agent
Bureau of Alcohol, Tobacco
Firearms and Explosives

SWORN AND SUBSCRIBED TO before me
this 18th day of May, 2007.

_____
JAN M. ADLER
United States Magistrate Judge