AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA 2007 OCT 11  AM 9: 17          *1327831*

V.

SOPHIA DIAZ-GOMEZ                    **WARRANT FOR ARREST**

BY _____ DEPUTY

**CASE NUMBER:**    07 MJ 1105

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest             SOPHIA DIAZ-GOMEZ

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

Title 18 U.S.C., Sec.922(g)(5)
Unlawful Alien in Possession of a Firearms (Felony)

RECEIVED MAY 18 P 4: 19 U.S. ... SOUTHERN DISTRICT OF C...

In violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(5) _____

| | |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| **VANESSA PEREZ** | MAY 1 8 2007 |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ [to be considered at appearance] _____ by _____ The Honorable Jan M. Adler _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J                    ATF                    5212

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SOPHIA DIAZ-GOMEZ

**WARRANT FOR ARREST**

CASE NUMBER:    07 MJ 1105

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SOPHIA DIAZ-GOMEZ _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

Title 18 U.S.C., Sec.922(g)(5)
Unlawful Alien in Possession of a Firearms (Felony)

In violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(5) _____

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| VANESSA L PEREZ | MAY 1 8 2007 |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ [to be considered at appeared ] _____ by _____ The Honorable Jan M. Adler _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| _____ SAN DIEGO, CA | | |
| DATE RECEIVED 5/18/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/10/07 | ADAM BECKHELM - SPECIAL AGENT | |