| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | LAUREN J. BAREFOOT |
| | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 226042 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6519/(619) 557-5551 (Fax) |
| | Email: lauren.barefoot@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07MJ2121-LSP |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| SOPHIA DIAZ-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

    U.S. Attorney CR

Please feel free to call me if you have any questions about this notice.

DATED: November 1, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Lauren J. Barefoot*
_____
LAUREN J. BAREFOOT
Special Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email:lauren.barefoot@usdoj.gov

NOTICE OF APPEARANCE
United States v. DIAZ-GOMEZ     2     07MJ2121-LSP