FILED
NOV 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOPHIA DIAZ-GOMEZ, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 07CR2996-LAB <br><br> **INFORMATION** <br><br> Title 18, U.S.C., <br> Secs. 922(g)(5)(A) and <br> 924(a)(2) - Illegal Alien in <br> Possession of a Firearm (Felony) |

The United States Attorney charges:

On or about April 25, 2005, within the Southern District of California, defendant SOPHIA DIAZ-GOMEZ, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce, a firearm, that is, a Rohm, model RC-10, .22 caliber revolver, serial number 891218; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

DATED: November 1, 2007..

KAREN P. HEWITT
United States Attorney

LAUREN J. BAREFOOT
Special Assistant U.S. Attorney

LJBA:bt:San Diego
10/29/07