3

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMJ       DEPUTY

UNITED STATES OF AMERICA

V.

Sophia Diaz Gomez

**WAIVER OF INDICTMENT**

07CR2996-LAB

CASE NUMBER: 07mj1105

I, _____Sophia Diaz Gomez_____, the above named defendant, who is accused of

18 USC 922(g)(5)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____11/1/07_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Sofia Diaz
*Defendant*

*Counsel for Defendant*

Before _____[signature]_____
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd